UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM L. JOHNS,

                Plaintiff,

    - v -

LOCAL 32 BJ/SEIU, et al.,

                Defendants.
------------------------------------------------------------x

**MEMORANDUM**

CV-11-517 (ENV)(VVP)

At a conference today, the plaintiff, pro se, advised the court that he wished to proceed with the case notwithstanding that a stipulation of dismissal, signed by counsel for all parties, had been filed on September 22, 2011. The defendants take the position that the stipulation has concluded the case. District Judge Eric Vitaliano having been consulted concerning the manner in which the issue should be addressed to the court, the plaintiff is advised that if he wishes to proceed with the case he must make a motion under Rule 60(b) of the Federal Rules of Civil Procedure. If he wishes to continue to represent himself in this action, the plaintiff may seek the assistance of the pro se clerks in the office of the clerk of the court concerning the procedures he must use in order to make such a motion.

                                  **SO ORDERED:**

                                  *Viktor V. Pohorelsky*
                                  VIKTOR V. POHORELSKY
                                  United States Magistrate Judge

Dated:    Brooklyn, New York
             October 13, 2011